**DIANNE C. KERNS, ESQ.**
**CHAPTER 13 TRUSTEE**
31 North 6th Avenue, Suite 105-152
TUCSON AZ 85701
Telephone (520)544-9094
Fax (520)544-7894

# UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| In re: | ) CHAPTER 13 PROCEEDINGS |
|---|---|
| WILLIAM ALAN BIBB | ) Case No.: 4:13-bk-3972-SHG |
| DIANA LLYN BIBB | ) **Application for Payment of Unclaimed Funds to the U.S. Bankruptcy Court** |
| Debtors | ) |

Dianne C. Kerns, Standing Chapter 13 Trustee of the above-captioned bankruptcy estate, reports that the following dividend checks have been issued and returned as undeliverable and/or remained uncashed, and that more than (90) days have elapsed from the dates of issuance:

| **Check No.** | **Date Issued** | **Debtor/Creditor Name and Address** | **Amount** |
|---|---|---|---|
| 370927 | 12/30/2020 | William & Diana Bibb<br>1709 S. Via Hondo<br>Tucson, AZ 85713 | $12166.62 |

                                                                      **Total:**    **$12166.62**

The Trustee asks that an order be entered to Section 347(a) of the Bankruptcy Code directing the Trustee to pay over the total amount of $12166.62 to the Clerk of the Court to be deposited in the registry thereof.

Dated: 04/08/2021

**/s/ Dianne C. Kerns, #011557**
Dianne C. Kerns, Esq.
Chapter 13 Trustee