# UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

In re:                                              ) CHAPTER 13 PROCEEDINGS
                                                    )
WILLIAM ALAN BIBB                                   ) Case No.: 4:13-bk-3972-SHG
                                                    )
DIANA LLYN BIBB                                     ) **ORDER FOR PAYMENT OF**
                                                    ) **UNCLAIMED FUNDS TO THE**
                                                    ) **U.S. BANKRUPTCY COURT**
                                                    )
                                                    )
            Debtor                                  )

UPON APPLICATION OF Dianne C. Kerns, Esq., Standing Chapter 13 Trustee, and good cause appearing;

IT IS HEREBY ORDERED that the Trustee pay over the amount of $12166.62 to the Clerk of the United States Bankruptcy Court pursuant to Bankruptcy Rule 3010, and Section 347(a) of the Bankruptcy Code.

_____

SIGNED AND DATED ABOVE

_____