# Notice Recipients

District/Off: 0970–4   User: admin   Date Created: 10/27/2021
Case: 4:13–bk–03972–SHG   Form ID: defuncfd   Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
intp    Adams & Cohen LLC    P O Box 24048    Jacksonville, FL 32241

TOTAL: 1