**Fill in this information to identify the case:**

| Debtor 1 | William | Alan | Bibb |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 (Spouse, if filing) | Diana | Llyn | Bibb |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the District of Arizona

Case number: 4:13-bk-3972-SHG

Form 1340 (12/19)    **AMENDED**

**APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

## 1.  Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | **$6,083.31** |
|---|---|
| Claimant's Name: | Adams & Cohen, LLC as Assignee of William Alan Bibb |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | P O Box 24048<br>Jacksonville, FL 32241<br>904-204-9148. Email: admin@adamscohen.com |

## 2.  Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

- [ ] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [x] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.
- [ ] Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).
- [ ] Applicant is a representative of the deceased Claimant's estate.

## 3.  Supporting Documentation

- [x] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

[✓] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
District of Arizona
2 Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, AZ 85004

| **5. Applicant Declaration** | **5. Co-Applicant Declaration (if applicable)** |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: January 17, 2022 | Date: _____ |
| _____ Signature of Applicant | _____ Signature of Co-Applicant (if applicable) |
| Jairo Camargo for Adams & Cohen, LLC | _____ |
| Printed Name of Applicant | Printed Name of Co-Applicant (if applicable) |
| Address: Adams & Cohen, LLC P O Box 24048 Jacksonville, FL 32241 | Address: |
| Telephone: 904-204-2148 | Telephone: _____ |
| Email: admin@adamscohen.com | Email: _____ |

**6. Notarization**

STATE OF _FLORIDA_

COUNTY OF _DUVAL_

This Application for Unclaimed Funds, dated _Jan. 17, 2022_ was subscribed and sworn to before me this _17th_ day of _January_, 20_22_ by _JAIRO CAMARGO_ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)      Notary Public _____

My commission expires:

Oslenys B Alba
Comm. #GG324795
Expires: May 13, 2023
Bonded Thru Aaron Notary

**6. Notarization**

STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20_____ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)      Notary Public _____

My commission expires: