# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

WILLIAM ALAN BIBB
1709 S VIA HONDO
TUCSON, AZ 85713
SSAN: xxx–xx–5877
EIN:

DIANA LLYN BIBB
1709 S VIA HONDO
TUCSON, AZ 85713
SSAN: xxx–xx–6485
EIN:

Debtor(s)

Case No.: 4:13–bk–03972–SHG

Chapter: 13

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On June 07, 2022, an application was filed for the Claimant(s), Adams & Cohen, LLC, as Assignee of William Alan Bibb, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a).

The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly,

IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $$6,083.31 held in the unclaimed funds be made payable to the Claimant(s) **Adams & Cohen, LLC, as Assignee of William Alan Bibb** and be disbursed at the following address:

**ADAMS & COHEN, LLC**
**PO BOX 24048**
**JACKSONVILLE, FL 32241**

Date: 3/17/22